M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

#279634

__Rolland Sean Towles__
Full name and prison name of
Plaintiff(s)

)
)
)
)
)

v.

__Mobile Co Circuit Court__
__Judge: Ben H Brooks__
__District Atty office__
__DART Restitution Dept__

)
)
)
)
)
)
)
)
)

CIVIL ACTION NO. __1:17-CV-014-WS-N__
(To be supplied by Clerk of U.S. District
Court)

FILED JAN 9 '17 PM 3:28 USDC-MS

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☑

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  YES ☑  NO ☐

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Defendants ~~Plaintiff(s)~~ __Dr Tahir Siddig  Dr Bob Meadel__
__Mrs Duffle  Corizon Medical Services__

Plaintiff ~~Defendant(s)~~ __Rolland Sean Towles__

2. Court (if federal court, name the district; if state court, name the county)
__US District Middle District Alabama__

3. Docket number 215 CV 00146 MHT
4. Name of judge to whom case was assigned Suzan Walker Wallace Capel Jr
5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) (still pending)
6. Approximate date of filing lawsuit Feb 2015
7. Approximate date of disposition none yet

II. PLACE OF PRESENT CONFINEMENT Easterling Corr facility 200 Wallace Dr Clio AL 36017

PLACE OR ~~INSTITUTION~~ WHERE INCIDENT OCCURRED Mobile Co Circuit Court

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | District Atty office etAL | 205 Gov ST Mobile AL 36644 |
| 2. | Judge: Ben H Brooks | 205 Gov st mobile AL 36644 |
| 3. | DART Restitution Dep | 205 Gov st mobile AL 36644 |
| 4. | Mobile Co Circuit Court | 205 Gov St Mobile AL 36644 |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED From 2006 to present Date

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Right to Due process in the Courts For a victim of a crime (ME)

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I am the victim of an Violent attack won 40,500⁰⁰ in restitution in 2006 state -v- Christopher Lavern Day with Rolland Sean Towles as victim. I have recieved less than $2000⁰⁰ in 11 yrs. this court has failed its duty to a victim

GROUND TWO: DAs office has violated const right to protect the intrest of a Victim.

SUPPORTING FACTS: Ive had to (Myself) with help from prison lawyers file for 6½ yrs to get any resolve in this matter. DA has failed to follow through with numerous motions i have filed. the record will show Ive had to file for everything i have recieved. If i was a free man. I would be treated differently by the DAs office

GROUND THREE: DART Restitution Dept has failed its Duty to a victim (ME) that the Court ordered $40,500⁰⁰ in restitution to be collected and paid to (me) 10yrs only $2000⁰⁰

SUPPORTING FACTS: CC 2006 002843 is the case no to where i was awarded $40,500⁰⁰ in restitution in 2006 to where i was violently attacked and almost killed. Judge Ben H Brooks awarded me the money. It has been almost 11 yrs with less than $2000⁰⁰ collected and paid to me. If i was not incarcerated i would have been treated differently by DART Restitution Dept.

Case no on all above is CC-2006 002843.00 State -vs- Christopher Lavern Day. I Rolland Sean Towles was the Victim

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

to make these Defendants Do their Job, to Do the Constitutional Rights Guarantee I have as a victim. I am not asking for nothing but what i am awarded By Judge BentHBrooks in 2006. and for the 7.5% intrest i am intitled to under Law for non payment.

_Rolland Sean Towles_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12-19-2016 .
(Date)

_Rolland Sean Towles_
Signature of plaintiff(s)
Rolland Sean Towles #279634
200 Wallace Dr Clio Al 36017
Easterling Corr facility
C-2-55-A

"note" and for no filing fee to be charged to me, on The Grounds i'm incarcerated for 6 1/2 yrs and i am trying to get what is already ordered by the Circuit Court (to Me) I am indigent no money for over 6 months and then only money from this restitution. (Case Here-in)

Rolland Towles #279634 (255A)

EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

MONTGOMERY AL 360

Legal
05 JAN 2017
Postage

02 1P       $ 000.67
0000831978   JAN 06 2017
MAILED FROM ZIP CODE 36017

US District Court Clerk
US Federal Court House
113 St Joeseph St
Mobile AL 36602

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

36602-368399