IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ROLLAND SEAN TOWLES, #279634,   :

    Plaintiff,   :

vs.   :   CIVIL ACTION 17-0014-WS-N

MOBILE COUNTY CIRCUIT COURT,   :
 et al.,
       :
    Defendants.

# ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED** without prejudice as malicious and frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and that the action be counted as strike under 28 U.S.C. § 1915(g).

The Clerk is **DIRECTED** to send to the Commissioner of the Alabama Department of Corrections a copy of the report and recommendation recommending the dismissal of this action, this order adopting the report and recommendation, and the judgment dismissing this action.

**DONE** this 17th day of July, 2017.

                          s/WILLIAM H. STEELE
                          UNITED STATES DISTRICT JUDGE