IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ROLLAND SEAN TOWLES, #279634,** : | |
| Plaintiff, : | |
| vs. : | **CIVIL ACTION 17-0014-WS-N** |
| **MOBILE COUNTY CIRCUIT COURT,** : <u>et al.</u>, | |
| : | |
| Defendants. | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice as malicious and frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**DONE** this 17th day of July, 2017.

<u>s/WILLIAM H. STEELE</u>
**UNITED STATES DISTRICT JUDGE**